IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSEPH FELCHER, individually and on behalf of all others similarly situated ) ) ) | |
| v. ) ) | No. 3-11-1184 |
| AGFEED INDUSTRIES, INC; JOHN A. STADLER; GERARD DAIGNAULT; RAYMOND M. CESCA; CLAY MARSHALL; EDWARD PAZDRO; SONGYAN LI; SELINA JIN; LIANGFAN YAN; and JUNHONG XIONG ) ) ) ) ) ) ) | |

O R D E R

The plaintiff's motion for William B. Federman and Stuart W. Emmons to practice in this case (Docket Entry No. 6) is GRANTED.

William B. Federman and Stuart W. Emmons are hereby admitted to practice in this case on behalf of the plaintiff.

In consultation with Magistrate Judge Knowles, the Clerk is directed to REASSIGN this case to Judge Knowles as related to <u>Blitz v. AgFeed Indus., Inc.,</u> 3-11-0992, already pending before Judge Knowles.

The initial case management conference, scheduled on January 30, 2012, is CANCELLED, and will be rescheduled, as appropriate, by Judge Knowles.

Pending is the motion of movant Ramon Gobbo for consolidation, appointment of lead plaintiff, and approval of lead liaison counsel (Docket Entry No. 4), and the plaintiff's motion to transfer this case to Chief Judge Campbell (Docket Entry No. 7). However, by order entered December 29, 2011 (Docket Entry No. 8), the case was transferred to Chief Judge Campbell.

Therefore, the motion to transfer (Docket Entry No. 8) was effectively GRANTED and the Clerk is directed to terminate that motion as pending.

There will be no further proceedings before the undersigned Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge